1   BARRY J. PORTMAN
    Federal Public Defender
2   JOYCE LEAVITT
    Assistant Federal Public Defender
3   555 12th Street, Suite 650
    Oakland, CA 94607-3627
4   (510) 637-3500

5   Counsel for Defendant PINEDA

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9

10                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

    UNITED STATES OF AMERICA,              )
12                                         )   No. CR 07-00217 MJJ
                          Plaintiff,       )
13                                         )   STIPULATION AND [PROPOSED]
                  v.                       )   ORDER CONTINUING STATUS
14                                         )   DATE AND EXCLUSION OF TIME
                                           )
15                                         )
    PEDRO ANTONIO PINEDA,                  )
16                                         )
                          Defendant.       )
17                                         )

18        IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in

19   this case, currently scheduled for Thursday, May 17, 2007, before Honorable Martin J. Jenkins, may

20   be continued to Thursday, June 14, 2007, at 2:00 p.m. for change of plea.  The status of this case is

21   that defense counsel has received the discovery in this case but needs time to review it with Mr.

22   Pineda and conduct investigation.  In addition, the parties are discussing a resolution of the matter

23   and the government will be providing defense counsel with a proposed plea agreement.  A

24   continuance to June 14, 2007 should allow counsel time to finish review of the discovery and

25

26

1    discuss it with Mr. Pineda as well as continuing with the investigation.  The parties stipulate that

2    the time from May 17, 2007, to June 14, 2007, should be excluded in accordance with the provisions

3    of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

4                                                            /S/

5    DATED: 5/17/07                      _____

6                                                       JOYCE LEAVITT
                                                         Assistant Federal Public Defender

7                                                           /S/

8    DATED: 5/17/07                      _____

9                                                       BRYAN WHITTAKER
                                                         Special Assistant United States Attorney

10        I hereby attest that I have on file all holograph signatures indicated by a "conformed"
     signature ("/S/") within this efiled document.

11

12                                            **ORDER**

13        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case,

14   currently scheduled for Thursday, May 17, 2007, at 2:00 p.m. shall be continued to Thursday, June

15   14, 2007 at 2:00 p.m. for change of plea.

16        IT IS FURTHER ORDERED that the time from May 17, 2007 to June 14, 2007, should be

17
18   excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A)

19   and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends of justice served by

20   the granting of the continuance outweigh the best interests of the public and the defendant in a

21   speedy and public trial and the failure to grant the requested continuance would unreasonably deny

22   counsel the reasonable time necessary for effective preparation, taking into account due diligence.

23        SO ORDERED.

24
25   DATED:   5/18/2007            _____

26                                                       HONORABLE MARTIN J. JENKINS
                                                         United States District Judge