```
                                                              FILED
 1  SCOTT N. SCHOOLS (SC 9990)
    United States Attorney                                  JUN 1 4 2007
 2
    MARK L. KROTOSKI (CASBN 138549)                      RICHARD W. WIEKING
 3  Chief, Criminal Division                           CLERK, U.S. DISTRICT COURT
                                                     NORTHERN DISTRICT OF CALIFORNIA
 4  BRYAN R. WHITTAKER (TX 24047097)
    Special Assistant United States Attorney
 5
       1301 Clay Street, Suite 340S
 6     Oakland, California 94612
       Telephone: (510) 637-3780
 7     Facsimile: (510) 637-3724
       E-Mail: bryan.whittaker@usdoj.gov
 8
 9  Attorneys for Plaintiff
10
11                         UNITED STATES DISTRICT COURT
12                       NORTHERN DISTRICT OF CALIFORNIA
13                                OAKLAND DIVISION
14
15  UNITED STATES OF AMERICA,        )    No. CR07-00217 MJJ
                                     )
16                  Plaintiff,       )
                                     )    STIPULATION AND [PROPOSED]
17                                   )    ORDER EXCLUDING TIME
              v.                     )
18                                   )
    PEDRO ANTONIO PINEDA,            )
19                                   )
                                     )
20                  Defendant.       )
                                     )
21
```

This matter is set to come before the Court for a status or change of plea on June 14, 2007, at 2:00 p.m. The United States has provided discovery to Mr. Pineda's counsel. Additionally, the United States has provided a draft plea agreement to defense counsel. Defense counsel is continuing to review discovery and draft plea agreement. Both parties are continuing to discuss a resolution of the case. A continuance to July 12, 2007, should allow counsel time to complete any investigation and time to discuss the plea agreement with Mr. Pineda. In order to continue to work toward a resolution of this matter, IT IS STIPULATED AND AGREED that

*United States v. Pineda*, CR 07-00217 MJJ
Stipulation and [Proposed] Order

this matter be continued to July 12, 2007. The parties agree that the time from June 14, 2007, to July 12, 2007, should be excluded in accordance with the Speedy Trial Act for effective preparation of counsel. See 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties agree that the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

SCOTT N. SCHOOLS
United States Attorney

DATED: June 11, 2007

/S/
BRYAN R. WHITTAKER
Special Assistant United States Attorney

DATED: June 11, 2007

/S/
JOYCE LEAVITT
Attorney for Mr. Pineda

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status or change of plea date in this case, currently scheduled for Thursday, June 14, 2007, at 2:00 p.m. shall be continued to Thursday, July 12, 2007, at 2:00 p.m. for change of plea.

IT IS FURTHER ORDERED that the time from June 14, 2007, to July 12, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: June 14, 2007

HONORABLE MARTIN J. JENKINS
United States District Judge

*United States v. Pineda*, CR 07-00217 MJJ
Stipulation and [Proposed] Order

1  this matter be continued to July 12, 2007. The parties agree that the time from June 14, 2007, to
2  July 12, 2007, should be excluded in accordance with the Speedy Trial Act for effective
3  preparation of counsel. See 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties
4  agree that the "ends of justice served by the granting of such continuance outweigh the best
5  interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

SCOTT N. SCHOOLS
United States Attorney

DATED: June 11, 2007

/S/
BRYAN R. WHITTAKER
Special Assistant United States Attorney

DATED: June 11, 2007

/S/
JOYCE LEAVITT
Attorney for Mr. Pineda

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status or change of plea date in this case, currently scheduled for Thursday, June 14, 2007, at 2:00 p.m. shall be continued to Thursday, July 12, 2007, at 2:00 p.m. for change of plea.

IT IS FURTHER ORDERED that the time from June 14, 2007, to July 12, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: June 14, 2007

HONORABLE MARTIN J. JENKINS
United States District Judge

*United States v. Pineda*, CR 07-00217 MJJ
Stipulation and [Proposed] Order