| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOYCE LEAVITT |
| | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | (510) 637-3500 |
| 5 | Counsel for Defendant PINEDA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR 07-00217 MJJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA AND EXCLUSION OF TIME; |
| | ) | REFERRAL FOR PRE-PLEA REPORT |
| PEDRO ANTONIO PINEDA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case, currently scheduled for Friday, July 12, 2007, before Honorable Martin J. Jenkins, may be continued to Friday, August 31, 2007, at 2:30 p.m. for change of plea and sentencing. The parties further stipulate that the matter should immediately be referred to the United States Probation Office to prepare a criminal history only pre-plea report. Mr. Pineda is charged with illegal re-entry in this case and will likely be deported after completion of the sentence. The plea agreement is in accordance with Fed. R. Crim. P. 11(c)(1)(C) and the parties agree that a

criminal history only pre-plea report is sufficient.  The United States Probation Office has indicated that it can be prepared in one month.  Should the Court continue the matter, there should be enough time to obtain the pre-plea report and finalize the plea agreement for a change of plea and sentencing on August 31, 2007.  The parties stipulate that the time from July 12, 2007, to August 31, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

DATED: 7/10/07                              _____
                                                JOYCE LEAVITT     /S/
                                                Assistant Federal Public Defender

DATED: 7/10/07                              _____
                                                BRYAN WHITTAKER     /S/
                                                Special Assistant United States Attorney

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Friday, July 12, 2007, before Honorable Martin J. Jenkins, is hereby continued to Friday, August 31, 2007, at 2:30 p.m. for change of plea and sentencing. The case is referred to the United States Probation Office to prepare a criminal history only pre-plea report.

IT IS FURTHER ORDERED THAT the time from July 12, 2007 to August 31, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:   7/11/2007

HONORABLE MARTIN J. JENKINS
United States District Judge